# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BYTEWEAVR, LLC<br><br>        Plaintiff,<br><br>v.<br><br>DATABRICKS, INC.,<br><br>        Defendants. | Civil Action No. 2:24-cv-00162-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## **DEFENDANT DATABRICK, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Databricks, Inc. states that it has no parent corporation and that to its knowledge, no publicly held corporation owns 10% or more of Databricks, Inc.

Dated:  May 3, 2024

Respectfully submitted,

*/s/ Michael J. Sacksteder*
Michael J. Sacksteder
CA Bar No. 191605 (Admitted E.D. Texas)
Email: msacksteder@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:	415.875.2300
Facsimile:	415.281.1350

Attorneys for Defendant
Databricks, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who consented to electronic service are being served with a copy of this document via electronic mail per Local Rule CV-5 on May 3, 2024.

/s/ *Michael J. Sacksteder*
Michael J. Sacksteder